## 68497. BROWN et al. v. CORNELIA BANK.

SOGNIER, Judge.

On March 26, 1984, pursuant to Rule 27 (a) and Rule 14 of this court, appellant was ordered to file an enumeration of error and a brief no later than 4:30 p.m., April 2, 1984. Appellant did not comply with this order, but filed a request for a continuance on April 3, 1984. This court denied his request. As appellant has not filed an enumeration and brief as ordered, the appeal is dismissed.

*Appeal dismissed. McMurray, C. J., and Deen, P. J., concur.*

DECIDED JUNE 28, 1984.

*John O. Bouwsma, Timothy P. Healy*, for appellants.
*Stephen D. Frankum*, for appellee.